330 S. CASINO CENTER

Name
MICHAEL T. MCLAUGHLIN

LAS VEGAS, NV. 89101

638112

Prison Number

FILED ☒
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 30 2003

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ MZ _____ DEPUTY

FILED
ENTERED
RECEIVED ✓
SERVED ON
COUNSEL/PARTIES OF RECORD

400 2 2

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
MZ
DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MICHAEL T. MCLAUGHLIN,
     Plaintiff,

vs.

CLARK COUNTY SOCIAL SERVICE

CRONFELD, DARRYL,

GLENN, STEVEN D.,

JOHANNS, EDWARD A.,

RHODES SUSAN H.,
     Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CV-S-03-0873-JCM-LRL

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO**
**42 U.S.C. § 1983**

JURY TRIAL DEMANDED

### A. JURISDICTION

1)  This complaint alleges that the civil rights of Plaintiff, MCLAUGHLIN . M ,
                      (Print Plaintiff's name)

who presently resides at CLARK COUNTY DETENTION CENTER, were

violated by the actions of the below named individuals which were directed against

Plaintiff at CLARK COUNTY SOCIAL SERVICE, HENDERSON on the following dates
      (institution/city where violation occurred)

ASSAULT AND BATTERY , _____ , and _____ .
  (Count I)       (Count II)      (Count III)

10

**Make a copy of this page to provide the below**
**information if you are naming more than five (5) defendants**

2) Defendant DARRYL  CRONFELD  resides at 2404  SANTAPAULA DR  LV, NV. 89109,
    (full name of first defendant)         (address if first defendant)
and is employed as OWNER/ OFFICIAL SECURITY . This defendant is sued in his/her
        (defendant's position and title, if any)
✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: DID NOT INSTRUCT HIS EMPLOYEE ON PROPER
PROCEEDURE RESULTING IN AN ASSAULT WITH INJURY TO PERSON.

3) Defendant STEVEN D. GLENN  resides at 2404 SANTA PAULA DR LV,NV. 89109,
    (full name of first defendant)         (address if first defendant)
and is employed as SECURITY /OFFICIAL SECURITY . This defendant is sued in his/her
        (defendant's position and title, if any)
✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: DID ASSAULT WITH CHAIRS, TABLES, FISTS AND ANYTHING
HE COULD GET HANDS ON RUSULTING IN INJURIES TO PERSON

4) Defendant EDWARD A JOHANNS  resides at 67 E. LAKE MEAD DR. HEN. 89015,
    (full name of first defendant)         (address if first defendant)
and is employed as SECRETARY/ST.TERESA CENT . This defendant is sued in his/her
        (defendant's position and title, if any)
✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: DID COMMIT BATTERY BY BEATING ME WITH
CHAIR RESULTING IN INJURY TO PERSON

5) Defendant SUSAN H. RHODES  resides at 67 E. LAKE MEAD DR HENDERSON,
    (full name of first defendant)         (address if first defendant)
and is employed as SUPERVISOR (C.C.S.S.) . This defendant is sued in his/her
        (defendant's position and title, if any)
✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: AS PERSON RESPONSIBLE FOR SUB-CONTRACTING OUT
FOR THE SECURITY COMPANY RESULTING IN INJURY TO PERSON

2

6) Defendant _____**N/A**_____ resides at _____,
      (full name of first defendant)                          (address if first defendant)
   and is employed as _____ . This defendant is sued in his/her
                              (defendant's position and title, if any)
   ___ individual ___ official capacity.  (Check one or both).  Explain how this defendant was acting

   under color of law: _____**N/A**_____

   _____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983.  If you wish to assert jurisdiction under different or additional statutes, list them below.

   _____**N/A**_____

   _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE

1)   Briefly state the background of your case.

   I WAS PHYSICALLY ASSAULTED BY MR. STEVEN D. GLENN
   A EDWARD A. JOHANNS; HIT WITH TABLES, CHAIRS, AND FISTS
   RESULTING IN BODILY INJURY TO MY PERSON IN VIOLATION
   OF MY EIGHTH AMENDMENT CONSTITUTIONAL RIGHTS OF PROTECTION
   FROM CRUEL AND UNUSUAL PUNISHMENT.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## C. CAUSE OF ACTION

3

## COUNT I

The following civil rights has been violated: *BATTERY AND ASSAULT WITH CRUEL AND UNUSUAL PUNISHMENT IN VIOLATION OF MY EIGHTH AMENDMENT CONSTITUTIONAL RIGHTS*

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

*I WAS BATTERED WITH FISTS, TABLES, AND CHAIRS BY THE DEFENDANT STEVEN GLENN AND ALSO STRUCK WITH A HEAVY WOODEN CHAIR ON THE TOP OF THE HEAD AND FROM BEHIND BY DEFENDANT EDWARD JOHANNS THUS RESULTING IN INJURIES.*

*CLARK COUNTY SOCIAL SERVICES ARE RESPONSIBLE FOR SAID INJURIES, FOR THEY HAPPENED ON THIER PROPERTY. AND THE DEFENDANTS DARRYL CRONFELD AND SUSAN RHODES ARE SUED IN THIER OFFICIAL CAPACITIES AS THE SUPERVISORS AND OWNER RESPONSIBLE FOR THE CONTRACT SUPPLING SOCIAL SERVICES WITH A SECURITY GUARD WHOM SHOULD HAVE BEEN MORE THOUROGHLY INSTRUCTED IN POLICIES AND PROCEEDURES OF UNARMED AND UNCERTIFIED WITH A STRICTLY HANDS-OFF POLICY, SECURITY GUARD*

4

## COUNT II

The following civil rights has been violated: _____ N/A _____

_____

_____

Supporting Facts: [Include all fact you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

_____ N/A _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5

## COUNT III

The following civil rights has been violated: _____ N/A _____

_____

_____

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

_____ N/A _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)   Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? ____ Yes __✓__ No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below

6

outline).

a)   Defendants: _____ N/A _____

b)   Name of court and docket number: _____ N/A _____

c)   Disposition (for example, was the case dismissed , appealed or is it still pending?):
_____ N/A _____
_____ N/A _____

d)   Issues raised: _____ N/A _____
_____
_____

e)   Approximate date it was filed: _____ N/A _____

f)   Approximate date of disposition: _____ N/A _____

2)   Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?**
___ Yes ✓ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a)   Defendants: _____ N/A _____.

b)   Name of court and case number: _____.

c)   The case was dismissed because it was found to be (check one): _____ frivolous
_____ malicious or _____ failed to state a claim upon which relief could be granted.

d)   Issues raised: _____ N/A _____

e)   Approximate date it was filed: _____ N/A _____

f)   Approximate date of disposition: _____ N/A _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a)   Defendants: _____ N/A _____.

b)   Name of court and case number: _____ N/A _____.

7

c) The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d) Issues raised: _____ N/A _____

e) Approximate date it was filed: _____ N/A _____

f) Approximate date of disposition: _____ N/A _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____ N/A _____.

b) Name of court and case number: _____ N/A _____.

c) The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d) Issues raised: _____ N/A _____

e) Approximate date it was filed: _____ N/A _____

f) Approximate date of disposition: _____ N/A _____

3) Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? ___ Yes _✓ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ___ disciplinary hearing; (2) ___ state or federal court decision; (3) ___ state or federal law or regulation; (4) ___ parole board decision; or (5) ___ other __NO GRIEVANCE PROCEDURE AVAILIBLE__.

If your answer is "Yes", provide the following information. Grievance Number __N/A__.

Date and institution where grievance was filed _____ N/A _____.

Response to grievance: _____ N/A _____

8

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

$100,000 JOINTLY AND SEVERALLY FROM EACH OF THE FIVE DEFENDANTS FOR COMPENSATORY DAMAGES AND ANOTHER $50,000 JOINTLY AND SEVERALLY FROM EACH OF THE FIVE DEFENDANTS FOR PUNITIVE DAMAGES

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

michael J Mc Loughlin
(Signature of Plaintiff)

_____
(Name of Person who prepared or helped
prepare this complaint if not Plaintiff)

8-20-03
(Date)

- - - - - - - - - - - - - - - - - - - - - - - -
(Additional space if needed; identify what is being continued)

9

330 S CASINO CENTER

Name
MICHAEL T MCLAUGHLIN

LAS VEGAS, NV. 89101

638112

Prison Number

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MICHAEL T. MCLAUGHLIN ,
                      Plaintiff,

vs.

CLARK COUNTY SOCIAL SERVICES

STEVEN D. GLENN ,

SUSAN H. RHODES ,

EDWARD A. JOHANNS ,

DARRYL CRONFELD ,
                    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. _____.
       (To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO**
**42 U.S.C. § 1983**

JURY TRIAL DEMANDED

### A. JURISDICTION

1)    This complaint alleges that the civil rights of Plaintiff, MCLAUGHLIN'S ,
                                                        (Print Plaintiff's name)

who presently resides at CLARK COUNTY DETENTION CENTER
2500 BTNW00 , were

violated by the actions of the below named individuals which were directed against

Plaintiff at CLARK COUNTY SOCIAL SERVICES on the following dates
               (institution/city where violation occurred)

DEC. 10th, 2002 , DEC. 10th, 2002 , and DEC.10th 2002.
   (Count I)             (Count II)            (Count III)

Make a copy of this page to provide the below
information if you are naming more than five (5) defendants

2) Defendant CLARK Co. SOCIAL SERVICES resides at 67. E LAKE MEAD DR. HEN, NV.
       (full name of first defendant)                    (address if first defendant)
and is employed as _____N/A_____ . This defendant is sued in his/her
              (defendant's position and title, if any)
✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: LOCATION OF VIOLATION; AND SUPERVISOR
SUSAN H RHODES CONSPIRED WITH OTHER DEFENDANTS

3) Defendant STEVEN D GLENN resides at 2500 LYNWOOD ST. L.V, NV. 89109,
       (full name of first defendant)                    (address if first defendant)
and is employed as SECURITY GUARD . This defendant is sued in his/her
              (defendant's position and title, if any)
✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: MISUSE OF UNAUTHORIZED FORCE; EXCESSIVE FORCE BY
BASHING PLAINTIFFS HEAD WITH A CHAIR CAUSING INJURY TO PLAINTIFF

4) Defendant SUSAN H RHODES resides at 5432 KETTERING PL. LV, NV. 89107,
       (full name of first defendant)                    (address if first defendant)
and is employed as SOCIAL SERVICE SUPERVISOR . This defendant is sued in his/her
              (defendant's position and title, if any)
✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: CONSPIRED WITH DEFENDANTS; AND FAILED TO STOP
OTHER DEFENDANTS FROM USING EXCESSIVE FORCE

5) Defendant EDWARD A. JOHANNS resides at 5112 LAURELWOOD L.V, NV 89122,
       (full name of first defendant)                    (address if first defendant)
and is employed as RECEPTIONIST / CLERK . This defendant is sued in his/her
              (defendant's position and title, if any)
✓ individual ____ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: SWUNG A CHAIR AT MY HEAD CONNECTING
WITH FORCE.

2

6) Defendant <u>DARRYL CRONFELD</u>   resides at <u>2404 SANTA PAULA DR. LV., NV. 8109</u>,
      (full name of first defendant)          (address if first defendant)

and is employed as <u>OWNER/OFFICIAL SECURITY</u>   . This defendant is sued in his/her
      (defendant's position and title, if any)

   ✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: <u>FAILURE TO INSTRUCT HIS EMPLOYEE ON PROCEEDURE RESULTING IN INJURY AND VIOLATION OF PLAINTIFFS RIGHTS.</u>

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983.  If you wish to assert jurisdiction under different or additional statutes, list them below.

<u>N/A</u>

- - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE

1)    Briefly state the background of your case.

<u>ON DECEMBER 10th, 2002 AT 67 E. LAKE MEAD DR. IN THE CITY OF HENDERSON, THE PLAINTIFF ASSERTS HE WAS BATTERED AND ASSAULTED BY DEFENDANTS GLENN AND JOHANN.S. SUFFERING PHYSICAL INJURIES AS WELL AS EMOTIONAL DISTRESS ALL IN VIOLATION OF MY EIGHTH AND MY FOURTEENTH AMENDMENT CONSTITUTIONAL RIGHTS.</u>

- - - - - - - - - - - - - - - - - - - - - - - -

## C. CAUSE OF ACTION

3

## COUNT I

The following civil rights has been violated: DENIAL OF EQUAL PROTECTION UNDER THE LAW IN VIOLATION OF THE FOURTEENTH AMENDMENT

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

DEFENDANT GLENN ATTACKED ME SLAMMING A DOOR INTO MY SIDE AND THEN PUNCHING ME IN THE FACE AND WHEN I CAME AFTER HIM, DEFENDANT GLENN RETREATED INSIDE DOOR SLAMMING DOOR ON HAND CAUSING HAIRLINE AND COM-POUND FRACTURES TO FINGERS, THUMB AND HAND. SEVERAL TIMES I, THE PLAINTIFF WAS STRUCK WITH TABLES AND CHAIRS AND THEN WHEN MY ATTENTION WAS DIVERTED ELSEWHERE DEFENDANT GLENN STRUCK ME OVER THE TOP OF THE HEAD WITH A SOLID AND HEAVY WOODEN CHAIR. DEFENDANT JOHANNS ONLY STRUCK ME ONCE IN THE HEAD. DEFENDANT RHODES IS ONLY NAME HERE, NOT FOR WHAT SHE DID, BUT FOR WHAT SHE DIDNOT DO, NAMELY BEING IN AUTHORITY AND NOT PREVENTING DEFENDANT EDWARD JOHANNS AND DEFENDANT STEVEN GLENN FROM STRIKING ME WITH A CHAIR.

4

## COUNT II

The following civil rights has been violated: USE OF EXCESSIVE FORCE UNDER THE EIGHTH AMENDMENT

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

WHEN DEFENDANT STEVEN GLENN STRUCK ME OVER THE TOP OF MY HEAD WITH A SOLID HEAVY WOODEN CHAIR, AN INSTRUMENT THAT COULD EASILY CAUSE INJURY OR DEATH, HE (THE DEFENDANT) VIOLATED MY EIGHTH AMENDMENT CONSTITUTIONAL RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT. DEFENDANT DARRYL CRONFELD, OWNER OF OFFICIAL SECURITY, THE COMPANY FOR WHOM DEFENDANT STEVEN GLENN WORKS AS AN UNCERTIFIED UNARMED SECURITY GUARD WITH A HANDS OFF POLICY; I.e.) STRICTLY OBSERVATION, REPORTS, AND NOTIFICATION OF THE PROPER AUTHORITIES.

5

## COUNT III

The following civil rights has been violated: UNAUTHORIZED USE OF FORCE
VIOLATED MY EIGHTH AMENDMENT RIGHT

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

WHEN DEFENDANT EDWARD JOHANNS STRUCK ME IN THE
HEAD WITH A CHAIR HE VIOLATED MY RIGHT TO BE FREE
FROM CRUEL AND UNUSUAL PUNISHMENT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)   Have you filed other actions in state or federal courts involving the same or similar facts
as involved in this action?  ____ Yes  ✓ No. If your answer is "Yes", describe each
lawsuit. (If more than one, describe the others on an additional page following the below

6

outline).

a)  Defendants: _____ N/A _____

b)  Name of court and docket number: _____

c)  Disposition (for example, was the case dismissed , appealed or is it still pending?):

_____

d)  Issues raised: _____ N/A _____

_____

e)  Approximate date it was filed: _____ N/A _____

f)  Approximate date of disposition: _____ N/A _____

2)  Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted? ✓ Yes ___ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a)  Defendants: __BENNY MEDINA; HENDERSON POLICE OFFICER__.

b)  Name of court and case number: __UNKNOWN__

c)  The case was dismissed because it was found to be (check one): ___ frivolous ___ malicious or ✓ failed to state a claim upon which relief could be granted.

d)  Issues raised: __FAILED TO STATE TYPE OF RELIEF REQUESTED DEFAULTED__

e)  Approximate date it was filed: __1998__

f)  Approximate date of disposition: __1999__

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a)  Defendants: _____ N/A _____

b)  Name of court and case number: _____ N/A _____

7

c) The case was dismissed because it was found to be (check one): _N/A_ frivolous _N/A_ malicious or _N/A_ failed to state a claim upon which relief could be granted.

d) Issues raised: _____ N/A _____

_____ N/A _____

e) Approximate date it was filed: _____ N/A _____

f) Approximate date of disposition: _____ N/A _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____ N/A _____.

b) Name of court and case number: _____ N/A _____.

c) The case was dismissed because it was found to be (check one): _N/A_ frivolous _N/A_ malicious or _N/A_ failed to state a claim upon which relief could be granted.

d) Issues raised: _____ N/A _____

_____ N/A _____

e) Approximate date it was filed: _____ N/A _____

f) Approximate date of disposition: _____ N/A _____

3) Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? _N/A_ Yes _N/A_ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) _N/A_ disciplinary hearing; (2) _N/A_ state or federal court decision; (3) _N/A_ state or federal law or regulation; (4) ____ parole board decision; or (5) _N/A_ other _N/A_.

If your answer is "Yes", provide the following information. Grievance Number _N/A_.

Date and institution where grievance was filed _____ N/A _____.

Response to grievance: _____ N/A _____

_____ 

_____ 

8

N/A

- - - - - - - - - - - - - - - -

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

$ 50,000 JOINTLY AND SEVERALLY AGAINTS DEFENDANTS
SOCIAL SERVICE OF CLARK COUNTY, GLENN, RHODES, JOHANNS,
AND CRONFELD FOR PHYSICAL AND EMOTIONAL INJURIES AS
A RESULT OF THE PLAINTIFFS BEATING. (COMPENSATORY DAMAGES)
20,000 EACH AGAINST DEFENDANTS SOCIAL SERVICE
OF CLARK COUNTY, GLENN, RHODES, JOHANNS, AND CRONFELD
(PUNITIVE DAMAGES)

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

#638112

Michael J. McLaughlin
(Signature of Plaintiff)

N/A

(Name of Person who prepared or helped
prepare this complaint if not Plaintiff)

7-22-03
(Date)

- - - - - - - - - - - - - - - - - - - - - - - - - -

(Additional space if needed; identify what is being continued)

N/A

9