UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

UNITED STATES OF AMERICA, 3:05:cr-171-HDM-VPC

Plaintiff(s), MINUTES OF THE COURT

vs.

SOPHIA FLOWERS, November 7, 2005

Defendant(s). /

PRESENT: HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

Deputy Clerk: Gina Mugnaini Reporter: NONE APPEARING
Counsel for Plaintiff(s): NONE APPEARING
Counsel for Defendant(s): NONE APPEARING

**MINUTE ORDER IN CHAMBERS XXX:**

A hearing regarding Defendant's Motion for New Counsel (#16) in the above-entitled action is set on the Court's calendar for **Tuesday, November 8, 2005, at 10:00 a.m.** The presence of the Government is waived.

The parties have been notified telephonically.

**IT IS SO ORDERED**.

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk